H. N. STRAIT v. MARTIN W. STEWART, *as Treasurer of Wyandotte County, et al.*

THE opinion states the case.

*D. B. Hadley,* for plaintiff in error.

*W. S. Carroll,* for defendant in error.

*Per Curiam:* This was an action brought by Strait in the district court of Wyandotte county, to enjoin the collection of a special assessment levied to pay for the grading of a street.

On February 23, 1889, the district court denied the plaintiff's application for a preliminary injunction; and to review this order plaintiff brings his petition in error. This case being identical with that of *Wahlgren v. Kansas City*, just decided, and for the reasons given in that opinion, the judgment of the court below must be affirmed.